UNITED STATES GYPSUM COMPANY, Appellant, v. JOSEPH F. STABELL COMPANY, Respondent.— Judgment and order affirmed, with costs. All concurred.

JENNIE A. SCHEFFER, Appellant, v. ERIE COUNTY SAVINGS BANK, Respondent.— Judgment affirmed, with costs. All concurred, except De Angelis, J., who dissented.

WILLIAM H. MAHADY, Respondent, v. JOHN A. JONES, Appellant.— Judgment and order affirmed, with costs. All concurred.

EFFIE FISHER, Respondent, v. ISAAC FISHER, Respondent, and CHARLES H. HULETT, as Administrator, etc., and Others, Appellants.— Judgment reversed, with costs, and complaint dismissed, with costs. Held, 1. That the finding of the making of a contract is not supported by such clear and convincing evidence as is required under the rule applicable to cases of this nature.   2. That even if such contract was made, the evidence is insufficient to show a performance by the plaintiff. All concurred.

ANTONIO DI NARDI, as Administrator, etc., Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, 1. That the verdict is against the weight of the evidence upon the question of defendant's negligence.   2. That prejudicial error was committed in receiving the evidence of the witness Anderson regarding the speed of the car.   All concurred, except Kruse, P J., who dissented and voted for affirmance.

JOHN A. HOLMES, Appellant, v. JACOB RITTER and Others, Respondents. — Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs.   Held, that the defendants failed to make out a case for a bill of particulars. All concurred.

PETER B. McCAGHEY and Others, as Surviving Partners, etc., Respondents, v. OWEGO WATER WORKS, Appellant.— Judgment affirmed, with costs. All concurred.

ANNA CAPAZZI, as Administratrix, etc., Respondent, v. EMPIRE GAS AND ELECTRIC COMPANY, Appellant.— Motion granted, amending order of reversal so as to state that the finding of the jury that the defendant was negligent in respect of the condition of the transformers and cut-outs is against the weight of the evidence and is disapproved.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, Respondent, for an Injunction Order Restraining SAMUEL HERTZBERG, Appellant, from Trafficking in Liquors under the Authority of Liquor Tax Certificate No. 11,962 Issued to Him.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 19,927, Issued to ONTARIO WINE AND LIQUOR COMPANY.— Motion to strike case from calendar denied.   Order affirmed, with costs.   All concurred.